## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENT LAMAR WOOLRIDGE,<br><br>　　　　　Defendant. | Case No. 2:15-cr-296-APG-VCF<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>(ECF No. 7) |

Defendant Kent Woolridge requests early termination of supervised release. ECF No. 7. The United States does not oppose. ECF No. 10. Mr. Woolridge's supervising Probation Officer does not oppose.

Modification or termination of supervised release is governed by 18 U.S.C. § 3583(e), which requires me to consider the defendant's conduct and the interests of justice. I also must consider "the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." Early termination is not the norm.

By all accounts, Mr. Woolridge has complied with the terms of his supervision. He appears to have successfully ended his prior long history of drug abuse. He is gainfully employed and hopes to pursue a better job in Alaska. Mr. Woolridge has served almost 19 months of his 24-month term of supervised release.

The public is no longer in need of protection from Mr. Woolridge, and continued supervision will not provide any additional deterrence to him committing crimes in the future. 18 U.S.C. § 3553(a)(2)(B), (C). Early termination should help him receive employment opportunities to further succeed in society. 18 U.S.C. § 3553(a)(2)(D). As for policy statements

issued by the Sentencing Commission (18 U.S.C. §3553(a)(5)), Application Note 5 to United States Sentencing Guideline § 5D1.2 states that "[t]he court is encouraged to exercise this authority [to terminate early release] in appropriate cases." This is an appropriate case.

Because of the circumstances of this case, the interests of justice are served by the early termination of supervised release, I will grant the motion.

The defendant's motion for early termination of supervised release **(ECF No. 7) is GRANTED.**

DATED this 10th day of January, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE